**Order entered October 21, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00406-CR**
**No. 05-22-00407-CR**
**No. 05-22-00408-CR**
**No. 05-22-00409-CR**
**No. 05-22-00410-CR**
**No. 05-22-00411-CR**

**SALVADOR VAZQUEZ CISNEROS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-12685-X, F13-12681-X, F13-12684-X,**
**F13-12686-X, F13-12682-X & F13-12687-X**

**ORDER**

Before the Court is appellant's October 18, 2022 second motion to extend the time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed by **November 17, 2022**. If appellant fails to file his brief by November 17,

2022, the Court may abate this case for a hearing in the trial court to determine why the brief has not been filed. *See* TEX. R. APP. P. 38.8(b).

/s/     DENNISE GARCIA
JUSTICE